UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIJHA MALCOME BURKE,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C15-5294-RSM

ORDER GRANTING MOTION TO DISMISS

The Court has reviewed the entire record, including defendant's Motion to Dismiss, the briefing of the parties, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the Objections and Response to Objections.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Commissioner's Motion to Dismiss (Dkt. 19) is GRANTED, and this matter is DISMISSED with prejudice; and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 5 day of January 2016.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS
PAGE - 1